No. 94–7636.  IN RE GAYDOS.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [513 U. S. 1189] denied.

No. 94–7852.  WILLIAMS ET UX. *v.* UNITED STATES ET AL. C. A. D. C. Cir.  Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1003] denied.

No. 94–8603.  IN RE ENGLERT.  Petition for writ of habeas corpus denied.

No. 94–1468.  IN RE LAW;
No. 94–1478.  IN RE GRECO;
No. 94–8045.  IN RE SOLIMINE; and
No. 94–8137.  IN RE HOLLINGSWORTH.  Petitions for writs of mandamus denied.

No. 94–1239.  FULTON CORP. *v.* FAULKNER, SECRETARY OF REVENUE OF NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari granted.

No. 94–1361.  ZICHERMAN, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF KOLE, ET AL. *v.* KOREAN AIR LINES CO., LTD.; and

No. 94–1477.  KOREAN AIR LINES CO., LTD. *v.* ZICHERMAN, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF KOLE, ET AL.  C. A. 2d Cir.  Certiorari in No. 94–1361 granted limited to Question 1 presented by the petition.  Certiorari in No. 94–1477 granted.  Cases consolidated and a total of one hour allotted for oral argument.

No. 94–7448.  BAILEY *v.* UNITED STATES; and
No. 94–7492.  ROBINSON *v.* UNITED STATES.  C. A. D. C. Cir.  Motions of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 94–1202.  MOTTOLA *v.* AYENI ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 94–1204.  ALEXANDER SHOKAI, INC., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.